WILLIAM F. DRAKE, by DORIS M. DRAKE, His Guardian ad Litem, Respondent, v. MAE V. MARKS et al., Appellants. DORIS M. DRAKE, Respondent, v. MAE V. MARKS et al., Appellants.— Order reversed and defendants' motion

granted and plaintiffs' cross motion denied, without prejudice to a new motion by plaintiffs, without costs. (See *Merrill* v. *City of New York*, 16 A D 2d 1004.) Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.